# Kyrsten Sinema Wants You To Know She's Not A Progressive

Republicans are highlighting her leftist past. But progressives have their own grumbles, even as they line up behind her Senate run in Arizona.

By Kevin Robillard



11/05/2018 03:42 pm ET Updated 22 hours ago ✱ UPDATED REPORT

AdChoices ▷

PHOENIX — Democratic Rep. Kyrsten Sinema didn't have to think about her answer. She was holding a press conference focused on health care at the Crescent Ballroom, a music venue on the outskirts of this city's downtown, when an unsurprising question came.

"Do you support 'Medicare for all'?"

"I do not," Sinema responded quickly to the reporter, later giving the same answer to a question about whether she supported adding a public health insurance option to Obamacare.

"I've been laser-focused on supporting realistic proposals that help Arizonans get access to affordable coverage," she said. She went on to talk about her work with Republicans to delay a tax hike included in the Affordable Care Act and to increase the number of employees a small business must employ to 100 (instead of 15) before it is subject to the act.

Sinema is her party's nominee for U.S. Senate in this state. It's a former Republican bastion — home to Barry Goldwater, the founder of the modern conservative movement — that is slowly turning into a swing state. She's in a tight race with GOP Rep. Martha McSally, one of the first American women to fly in combat, in a race Democrats must win to have a chance of taking back the U.S. Senate.

By the time Sinema was elected to Congress in 2012, she was a full-fledged moderate. She became a favorite of House Minority Whip Steny Hoyer (D-Md.) and an annoyance to his more liberal boss, House Minority Leader Nancy Pelosi (D-Calif.). She joined the Blue Dog Caucus, a shrinking group of conservative Democrats, and the New Democrats, a group of pro-business members who mostly hail from suburban areas. She earned the endorsement of the U.S. Chamber of Commerce in 2014. Since the beginning of President Donald Trump's administration, she has <u>voted with him</u> nearly two-thirds of the time.

A few weeks before launching her Senate bid, rumors began to swirl that Trump was going to pardon the state's notorious former Maricopa County sheriff, Joe Arpaio, <u>who had been sent to prison for contempt of court</u>. In August, a letter asking the president not to pardon Arpaio was signed by every Democratic member of the Arizona congressional delegation — <u>except Sinema</u>. Despite this, multiple progressives in the state noted Sinema's campaign has sent out dozens of online fundraising missives invoking Arpaio. (As recently as last week, a Sinema email noted Vice President Mike Pence was visiting Arizona. "The last time he was here, he attacked Kyrsten and praised convicted criminal Joe Arpaio!" the email read.)

[handwritten annotation: INITIAL REPORT]
[handwritten: Z]

By the time Sinema was elected to Congress in 2012, she was a full-fledged moderate. She became a favorite of House Minority Whip Steny Hoyer (D-Md.) and an annoyance to his more liberal boss, House Minority Leader Nancy Pelosi (D-Calif.). She joined the Blue Dog Caucus, a shrinking group of conservative Democrats, and the New Democrats, a group of pro-business members who mostly hail from suburban areas. She earned the endorsement of the U.S. Chamber of Commerce in 2014. Since the beginning of President Donald Trump's administration, she has voted with him nearly two-thirds of the time.

A few weeks before launching her Senate bid, rumors began to swirl that Trump was going to pardon the state's notorious former Maricopa County sheriff, Joe Arpaio, who was convicted for criminal contempt of court. In August, a letter asking the president not to pardon Arpaio was signed by every Democratic member of the Arizona congressional delegation — except Sinema. Despite this, multiple progressives in the state noted Sinema's campaign has sent out dozens of online fundraising missives invoking Arpaio. (As recently as last week, a Sinema email noted Vice President Mike Pence was visiting Arizona. "The last time he was here, he attacked Kyrsten and praised convicted criminal Joe Arpaio!" the email read.)

[handwritten annotation: ✗ UPDATED REPORT]

**CORRECTION:** A previous version of this story mistakenly indicated Joe Arpaio went to prison for his conviction.

Huffington Post News: Nov 5, 2018

A few weeks before launching her Senate bid, rumors began to swirl that Trump was going to pardon the state's notorious former Maricopa County sheriff, Joe Arpaio, who had been sent to prison for contempt of court. In August, a letter asking the president not to pardon Arpaio was signed by every Democratic member of the Arizona congressional delegation — except Sinema. Despite this, multiple progressives in the state noted Sinema's campaign has sent out dozens of online fundraising missives invoking Arpaio. (As recently as last week, a Sinema email noted Vice President Mike Pence was visiting Arizona. "The last time he was here, he attacked Kyrsten and praised convicted criminal Joe Arpaio!" the email read.)

FB

In reference to Huffington Post article dated November 6, 2018. Kevin Robillard writes "rumors began to swirl that Trump was going to pardon the states notorious former Maricopa county Sheriff, Joe Arpaio, who had been sent to prison for contempt of court." Arpaio has never been sentenced nor was he ever sent to prison. Arpaio says the completely, misleading, defamatory statements by the Huffington Post is calculated to harm his reputation.

Arpaio has already shown that he is not one to sit back and not take action against wrongdoing // Fake News by the media.

Twitter: Nov 6, 2018

Huffington Post News Says Sheriff Joe Arpaio, has been sent to prison. Arpaio has never been sentenced nor was he ever sent to prison. Arpaio says the completely, misleading, defamatory statements by the Huffington Post is calculated to harm his reputation. He is fighting back.