**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------x
JOSEPH MICHAEL ARPAIO,                      :
                                            :        Civil Action No. 1:19-cv-03366-RCL
                  Plaintiff,                :
                                            :
        v.                                  :
                                            :
KEVIN ROBILLARD, HUFFINGTON POST,           :
TESSA STUART, and ROLLING STONE             :
                                            :
                  Defendants.               :
                                            :
-------------------------------------------------------x
```

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Rolling Stone LLC, incorrectly sued as "Rolling Stone," certify that to the best of my knowledge and belief, no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the ownership interests of Rolling Stone LLC have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 21, 2020          Respectfully submitted,

                                 /s/ Alison Schary
                                 Alison Schary
                                 DAVIS WRIGHT TREMAINE LLP
                                 1919 Pennsylvania Avenue NW, Suite 800
                                 Washington, DC 20006
                                 Telephone:    (202) 973-4248
                                 Facsimile:    (202) 973-4499
                                 Email:        alisonschary@dwt.com

                                 Elizabeth A. McNamara (*pro hac vice* pending)
                                 DAVIS WRIGHT TREMAINE LLP
                                 1251 Avenue of the Americas, 21st Floor

New York, NY 10020
Telephone:     (212) 489-8230
Facsimile:     (212) 489-8340
Email:         lizmcnamara@dwt.com

*Counsel for Defendants Rolling Stone LLC and
Tessa Stuart*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2020, I caused a true and correct copy of the foregoing to be served via CM/ECF on all counsel of record.

/s/ Alison Schary
Alison Schary