# EXHIBIT 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOSEPH MICHAEL ARPAIO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil No. 18-2894 (RCL)** |
| | ) |
| **JEFF ZUCKER, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court **GRANTS** defendants' motions [30, 34, 36] to dismiss pursuant to Rule 12(b)(6), dismissing this case with prejudice. The Court further **DENIES** defendants' motions [31, 35, 37] to dismiss pursuant to the D.C. Anti-SLAPP Act. Finally, the Court **DENIES** all other pending motions [29, 32, 52] as moot.

It is **SO ORDERED**.

Date: October 21, 2019

Royce C. Lamberth
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH MICHAEL ARPAIO, )
)
Plaintiff, )
)
v. )    Civil No. 18-2894 (RCL)
)
JEFF ZUCKER, *et al.*, )
)
Defendants. )
)

## JUDGMENT

The Court enters judgment for the defendants, dismissing this case with prejudice.

Date:   October $\underline{31}$, 2019

Royce C. Lamberth
United States District Judge