# EXHIBIT 2



# RollingStone

Subscribe

HOME > POLITICS > POLITICS NEWS

NOVEMBER 13, 2018 1:07PM ET

# How Trump Accidentally Helped Democrat Kyrsten Sinema Flip Jeff Flake's Arizona Senate Seat

The president claimed he "retired" Jeff Flake. He — and the GOP — will regret it

By TESSA STUART



Dem. Kyrsten Sinema, D-Ariz. performs the coin toss before an NCAA college football game between Arizona State and Utah, in Tempe, Arizona, Nov. 3, 2018.



Subscribe

Congresswoman **Kyrsten Sinema** has officially captured a Republican-held Senate seat in Arizona. Sinema, who at 41 is one of the youngest women ever elected to the Senate, also happens to be the first Arizona Democrat elected to the Senate in over 30 years. The results, which took almost a full week to tabulate, will come as a disappointment to the president, who bragged the day after the election when Republican **Martha McSally** was still leading that he personally "retired" Republican Sen. **Jeff Flake**.

"In Jeff Flake's case it's me, pure and simple. I retired him. I'm very proud of it, I did the country a great service," Trump said during a press conference at the White House a day after the midterm elections. "He is retired. I'd like to call it another word, but we're going to treat him with great respect."



inRead invented by Teads

Democrats are likely thrilled with whatever help the president believes he offered. Not only did they figure out the path to victory in Arizona two years before a special election set to fill a second Senate seat, Democrats defended the Congressional seat Sinema vacated and flipped the one McSally gave up, too. And they did it by winning the hearts and minds of a large share of registered Republicans.

McSally and outside groups supporting her bid tried to paint Sinema as too extreme for Arizona, pointing to the former Green Party candidate's **protest of the Iraq war** — in a *pink tutu*, no less — and her remark, to a radio host in 2003, that **she wouldn't care if he joined the Taliban**. The gambit failed, hard: **Sinema peeled off 12 percent of Arizona's Republican voters** — the highest share of any Democratic Senator, save West Virginia's Joe Manchin.

Sinema seems well aware of the fact. In her victory speech, she paid tribute to the late Republican senator (and Trump critic) **John McCain**. "Senator McCain is irreplaceable, but his example will guide our next steps," Sinema told supporters Monday evening. "He taught us to assume the best in others, to seek compromise instead of sewing division, and to always put country ahead of party. As your Senator, that's exactly what I'll do."




Subscribe

**RELATED**

**Long After the Rest of the World, FAA Grounds Malfunctioning Boeing Planes**

**Paul Manafort, Fresh Off Receiving His Second Prison Sentence, Is Charged With Even More Crimes**

Trump, who was reportedly disappointed that McSally refused to sow doubts about "fraud" in the days it took to count the outstanding ballots in Arizona, appears to have misjudged his sway with Arizona Republicans — as did Flake.

ADVERTISEMENT



Flake announced he was retiring from the Senate back in October 2017, telling *Morning Joe* that his brand of conservatism just didn't appeal to enough Arizona Republicans. "The bottom line is if I were to run a campaign that I could be proud of and where I didn't have to cozy up to the president and his positions or his behavior, I could not win in a Republican primary," Flake said. "That's the bottom line."

But McSally, by far the most moderate of the candidates competing, won the Republican primary decisively. She earned roughly double the number of votes as her closest rival, tea party conspiracist Kelli Ward, and triple the number of votes of presidential pardonee and former Maricopa County sheriff, Joe Arpaio. (Arpaio was convicted of contempt of court, a misdemeanor, in 2017 and pardoned by Trump less than one month later.)






*Editor's note: This post has been updated to reflect the fact that Joe Arpaio's criminal conviction for contempt of court was a misdemeanor, not a felony. He received a presidential pardon in 2017. We regret the error.*

**In This Article:** Donald Trump, Jeff Flake, Kyrsten Sinema, Martha McSally

 Want more Rolling Stone? **Sign up for our newsletter.**

### SPONSORED STORIES

Recommended by



**[Photos] Family Adopts a New Dog, When Vet Sees It He Calls the Cops**
Bob's Hideout



**Presidents Ranked By Popularity..Guess Who Was First**
Definition



**Seniors With No Life Insurance Should Do This Before Wasting Any More Money**
customertoday.org





**The Amazon Shopping Secret Most People Don't Know About**

Honey

**These Luxury Safari Photos Are Unbelievable**

pr.your-luxuryafricansafari-info.com



**7 Mistakes Everyone Makes When Hiring a Financial Advisor**

SmartAsset

## Sponsored Stories

**How Can You Outsmart Amazon? Turns Out It's Pretty Simple** Honey

**Many Washington, District Of Columbia Drivers Don't Even Know This Genius Tip** EverQuote

**Doctors Stunned: Simple Tip Stops Hair Loss & Regrows New Hair (Do This Tonight)** healthtoday.online

**Why Some Doctors Will No Longer Prescribe Blood Pressure Meds (Watch)** healthtoday.online

**District Of Columbia: Gov't Will Pay $260/Month Off Your Mortgage If You Have No Missed Payments (You Must Qualify)** customertoday.org

**[Gallery] Two Scheming Cats Determined To Bust Into A Museum Won't Take 'No' For An Answer** Money Versed

## More From Rolling Stone

**Trump Starts Twitter Beef With Ann Coulter**

**Fox News Sends Trump Into a Fury Over Michael Cohen**

**Will the Masses Finally See Fox News for What It Is?**

**Did Michael Cohen Lie to Congress About Seeking a Pardon from Trump?**

**Watch Colbert, Kimmel, Trevor Noah Lampoon Elites for College Admissions Scam**

**Samantha Bee Breaks Down Fox News' Stranglehold on Trump White House**

Recommended by 

 Rolling Stone

### Kyrsten Sinema (D) won Jeff Flake's (R) open Senate seat. Will Arizona move further blue when deceased John McCain's vacant seat election arrives in 2020?

Yes, Arizona is shifting into a liberal, Democrat state

No, Arizona is still conservative despite Sinema's victory

APESTER



# RollingStone

Subscribe

## Trending



**1** — 9 of the Most WTF Details from the College Admissions Scandal Court Docs

**2** — 9 of the Most WTF Details from the College Admissions Scandal Court Docs

**3** — All Spotify Premium Users Now Get Free Hulu

**4** — Lori Loughlin, Felicity Huffman Charged In Massive College Cheating Scheme

**5** — Lady Gaga Is 'Pregnant' With New Album

ADVERTISEMENT

3/13/2019 Who's Kyrsten Cinema? Democrat Taking Jeff Flake's Arizona Senate - Rolling Stone

Case 1:19-cv-02803-RCL Document 32-1 Filed 03/25/20 Page 8 of 12




EDITORS' PICKS

**MOVIE FEATURES**

The All-American Nightmares of Jordan Peele

**POLITICS FEATURES**

Alexandria Ocasio-Cortez: Women Shaping the Future

**CULTURE LISTS**

The Millennial 100




Subscribe

## Get The Magazine
Subscribe today and save over 58%

**SUBSCRIBE NOW**

ADVERTISEMENT

**Sponsored Stories** by

3 Ways Your Dog Asks For Help

by dogfoodexposed.com






Subscribe

Don't buy bed sheets till you read this!

by homelifetips.net



Check Out How Much Stair Lifts Actually Cost

by Stair Lifts | Sponsored Listings



[Pics] They Found It In The Jungle, But Inside Is Worth Millions

by Ice Pop



ADVERTISEMENT



*Sponsored by www.capitalone.com*

**Sponsored Video**

Watch to learn more

**See More**

POWERED BY

# Newswire

POWERED BY 

3/13/2019 Case 1:19-cv-02860-RCL Document 32-1 Filed 03/25/20 Page 11 of 12
Why 8 Years On, Sinema, Democrat Takes Jeff Flake'd Arizona Senate Seat - Rolling Stone



Subscribe

**HollywoodLife**

**Lance Bass Teases A New NSYNC Album: There Are 'A Lot Of Songs Written' That We Could Record**

3 hours ago

**WWD**

**Jill Stuart Celebrates Debut of Diffusion Collection**

4 hours ago

**Deadline**

**George Morfogen Dies: 'Oz', Broadway Actor Was 86**

4 hours ago

**Indiewire**

**'Wayne's World' Director Penelope Spheeris Sounds Off on Exiting Hollywood: 'They Can Blow Me'**

4 hours ago

**GoldDerby**

**Emmys rename Competition Program category as 'The Amazing Race' sits out**

3 hours ago

Legal

Connect With Us

Get The Magazine



© Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP

Our Brands