# EXHIBIT 3

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/ Go OCT NOV FEB
6 captures 13
13 Nov 2018 - 3 Feb 2019 2017 2018 2019
About this capture



Subscribe

HOME > POLITICS > POLITICS NEWS NOVEMBER 13, 2018 1:07PM ET

# How Trump Accidentally Helped Democrat Kyrsten Sinema Flip Jeff Flake's Arizona Senate Seat

**The president claimed he "retired" Jeff Flake. He — and the GOP — will regret it**

*By* **TESSA STUART**



**Dem. Kyrsten Sinema, D-Ariz. performs the coin toss before an NCAA college football game between Arizona State and Utah, in Tempe, Arizona, Nov. 3, 2018.**
Rick Scuteri/AP/Shutterstock

Congresswoman **Kyrsten Sinema** has officially captured a Republican-held Senate seat in Arizona. Sinema, who at 41 is one of the youngest women ever elected to the Senate, also happens to be the first Arizona

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/ Go OCT NOV FEB
6 captures 13
13 Nov 2018 - 3 Feb 2019 2017 2018 2019 About this capture

"In Jeff Flake's case it's me, pure and simple. I retired him. I'm very proud of it, I did the country a great service," Trump said during a press conference at the White House a day after the midterm elections. "He is

RollingStone

Subscribe

ADVERTISEMENT

Democrats are likely thrilled with whatever help the president believes he offered. Not only did they figure out the path to victory in Arizona two years before a special election set to fill a second Senate seat, Democrats defended the Congressional seat Sinema vacated and flipped the one McSally gave up, too. And they did it by winning the hearts and minds of a large share of registered Republicans.

McSally and outside groups supporting her bid tried to paint Sinema as too extreme for Arizona, pointing to the former Green Party candidate's **protest of the Iraq war** — in a *pink tutu*, no less — and her remark, to a radio host in 2003, that **she wouldn't care if he joined the Taliban**. The gambit failed, hard: **Sinema peeled off 12 percent of Arizona's Republican voters** — the highest share of any Democratic Senator, save West Virginia's Joe Manchin.

Sinema seems well aware of the fact. In her victory speech, she paid tribute to the late Republican senator (and Trump critic) **John McCain**. "Senator McCain is irreplaceable, but his example will guide our next steps," Sinema told supporters Monday evening. "He taught us to assume the best in others, to seek compromise instead of sewing division, and to always put country ahead of party. As your Senator, that's exactly what I'll do."

Trump, who was reportedly disappointed that McSally refused to sow doubts about "fraud" in the days it took to count the outstanding ballots in Arizona, appears to have misjudged his sway with Arizona Republicans — as did Flake.

ADVERTISEMENT

Flake announced he was retiring from the Senate back in October 2017, telling *Morning Joe* that his brand of conservatism just didn't appeal to enough Arizona Republicans. "The bottom line is if I were to run a campaign that I could be proud of and where I didn't have to cozy up to the president and his positions or his behavior, I could not win in a Republican primary," Flake said. "That's the bottom line."

**RELATED**

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/ Go OCT NOV FEB
6 captures 13
13 Nov 2018 - 3 Feb 2019 2017 2018 2019
About this capture

CNN Has Played Right Into Trump's Hands

The President's Coal Warrior

RollingStone Subscribe

But McSally, by far the most moderate of the candidates competing, won the Republican primary decisively. She earned roughly double the number of votes as her closest rival, tea party conspiracist Kelli Ward, and triple the number of votes of presidential pardonee and former Maricopa County sheriff, Joe Arpaio. (Arpaio was convicted of contempt of court, a misdemeanor, in 2017 and pardoned by Trump less than one month later.)

Sorry, the Wayback Machine does not have this video (rouZe4nErx0) archived/indexed.

*Editor's note: This post has been updated to reflect the fact that Joe Arpaio's criminal conviction for contempt of court was a misdemeanor, not a felony. He received a presidential pardon in 2017. We regret the error.*

**In This Article:** Donald Trump, Jeff Flake, Kyrsten Sinema, Martha McSally

**Want more Rolling Stone?** Sign up for our newsletter.

COMMENTS

Trending

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/ Go
6 captures
13 Nov 2018 - 3 Feb 2019
OCT NOV FEB
13
2017 2018 2019
About this capture

2 'Game of Thrones' Details Final Season Premiere

3 What Happens When the Walls Finally Close in on Trump?

4 How Trump Accidentally Helped Democrat Kyrsten Sinema Flip Jeff Flake's Arizona Senate Seat

5 Inside the El Chapo Trial Jury Selection

ADVERTISEMENT

## EDITORS' PICKS

**MOVIE FEATURES**
Zoe Kravitz: American Woman

**CULTURE LISTS**
The Millennial 100

**POLITICS FEATURES**
The Health Department's Christian Crusade

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/ Go OCT NOV FEB
6 captures 13
13 Nov 2018 - 3 Feb 2019 2017 2018 2019
About this capture

Rolling Stone
Get The Magazine
Subscribe today and save over 58%

Rolling Stone

Subscribe

ADVERTISEMENT

ADVERTISEMENT

## Newswire

POWERED BY PMC

**HollywoodLife**

**Meghan Markle & Royals Celebrate Prince Charles' 70th Birthday With Stunning Family Portraits**

4 hours ago

https://www.rollingstone.com/politics/politics-news/sinema-jeff-flake-seat-arizona-754785/
Go
6 captures
13 Nov 2018 - 3 Feb 2019
OCT
NOV
FEB
13
2017
2018
2019
About this capture
WWD
Deadline
RollingStone
Subscribe
5 hours ago
5 hours ago
Indiewire
The 'Breaking Bad' Movie Was Inevitable, Even When a Sequel Wasn't
5 hours ago
GoldDerby
Oscar flashback: Before 'Mary Poppins Returns' there was 'Poppins' Revenge' for Julie Andrews
5 hours ago
Rolling Stone
Legal
Connect With Us
Get The Magazine
PMC
© Copyright 2018 Rolling Stone, LLC, a subsidiary of Penske Business Media, LLC.
Powered by WordPress.com VIP
Our Brands