IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO,<br><br>              Plaintiff,<br><br>v.<br><br>KEVIN ROBILLARD, HUFFINGTON POST, TESSA STUART, and ROLLING STONE<br><br>             Defendants. | Civil Action No. 1:19-cv-03366-RCL |

**[PROPOSED] ORDER**

Upon consideration of the Rolling Stone Defendants' Motion to Dismiss, Plaintiff's opposition thereto, and the Rolling Stone Defendants' reply in further support of the motion, it is hereby ORDERED that the motion is GRANTED and that judgment be entered for Defendants Tessa Stuart and Rolling Stone LLC in this action.

Dated this _____ day of _____ 2020.

_____
The Hon. Royce C. Lamberth, U.S.D.J.