# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH MICHAEL ARPAIO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:19-cv-03366-RCL |
| KEVIN ROBILLARD | * | |
| and | * | |
| HUFFINGTON POST | * | |
| and | * | |
| TESSA STUART | * | |
| and | * | |
| ROLLING STONE | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ERRATA RE
## DEFENDANTS THEHUFFINGTONPOST.COM, INC. AND KEVIN ROBILLARD'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT

Please take notice that Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard's (the "HuffPost Defendants'") Motion to Dismiss and accompanying Memorandum of Law in support were inadvertently filed separately instead of in one document. The Memorandum of Law in Support of the HuffPost Defendants' Motion to Dismiss was filed on January 17, 2020, at ECF No. 5, and the Motion to Dismiss with a Request for Hearing was filed on January 22, 2020, at ECF No. 13. The HuffPost Defendants respectfully request that the Court consider ECF Nos. 5 and 13 together as one pleading.

DATED:  January 22, 2020

Respectfully submitted,

/s/ Jean-Paul Jassy
Jean-Paul Jassy (*Pro Hac Vice* Pending)
William T. Um (*Pro Hac Vice* Pending)
Elizabeth H. Baldridge (*Pro Hac Vice* Pending)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, a copy of the foregoing Notice of Errata was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Larry E. Klayman
**FREEDOM WATCH, INC.**
202 Pennsylvania Avenue, NW
Suite 345
Washington, DC 20006
Telephone: (561) 558-5336
leklayman@gmail.com

*Attorneys for Plaintiff Joseph Michael Arpaio*

Alison Schary
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara
Rachel F. Strom
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants*
*Tessa Stuart & Rolling Stone*

/s/ Elizabeth Baldridge
                  Elizabeth Baldridge
              **JASSY VICK CAROLAN LLP**

800 Wilshire Boulevard, Suite 800<br>
Los Angeles, CA 90017<br>
Telephone: (310) 870-7048<br>
Facsimile: (310) 870-7010<br>
ebaldridge@jassyvick.com<br>
<br>
*Attorneys for Defendants*<br>
*TheHuffingtonPost.com, Inc. and Kevin Robillard*