**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO<br><br>        Plaintiff,<br>v.<br><br>KEVIN ROBILLARD et al<br><br>        Defendants. | Case No.: 1:19-cv-03366-APM |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND [PROPOSED] ORDER**

    Plaintiff Joseph Arpaio ("Plaintiff") hereby moves this Court for 14-day eextensions of time to file oppositions to (1) Defendants Stuart and Rolling Stone's Motion to Dismiss and (2) Defendants Robillard and Huffington Post's Motion to Dismiss.

    This is Plaintiff's first requested extension. The reason for this request is that counsel for Plaintiff, Larry Klayman, has an extremely heavy litigation schedule during this time period, and has been travelling across the country attending to various client matters. As this matter is still in the motion to dismiss stage, this requested extension will prejudice neither party nor the Court.

    Plaintiff has asked counsel for Defendants for consent. Counsel for Defendants Huffington Post and Robillard agreed to the relief sought on the condition that they also receive an extra week to file a reply. Thus, Plaintiff's opposition to this motion would be due o February 14, 2020, and any reply thereto would be due on February 28, 2020.

    Counsel for  Defendants Stuart and Rolling Stone also agreed to the relief sought on the condition that they receive two weeks to file a reply. Thus, Plaintiff's opposition to this motiong would be due on February 18, 2020 and any reply thereto would be due on March 3, 2020.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time.

DATED: January 30, 2020                                  Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
Klayman Lae Group P.A.
2020 Pennsylvania Ave NW Suite 345
Washington, DC, 20006
Email: leklayman@gmail.com
Tel: 310-595-0800
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, January 30 2020, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO<br><br>        Plaintiff,<br>v.<br><br>KEVIN ROBILLARD et al<br><br>        Defendants. | Case No.: 1:19-cv-03366-APM |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that Plaintiff's motion is granted. Plaintiff shall file a response to Defendant Robillard and Huffington Post's motion to dismiss by February 14, 2020 and any reply thereto would be due on February 28, 2020. Plaintiff shall file a response to Defendants Stuart and Rolling Stone's motion to dismiss by February 18, 2020 and any reply thereto would be due of March 3, 2020.

Date: _____     _____
                                                                Hon. Royce Lamberth