IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO<br><br>　　　　　Plaintiff,<br>v.<br><br>KEVIN ROBILLARD et al<br><br>　　　　　Defendants. | Case No.: 1:19-cv-03366-APM |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND [PROPOSED] ORDER**

Plaintiff Joseph Arpaio ("Plaintiff") hereby moves this Court for 10-day extensions of time to file oppositions to (1) Defendants Robillard and Huffington Post's Motion for Sanctions and (2) Defendants Robillard and Huffington Post's Motion to Dismiss.

This is Plaintiff's first requested extension regarding the motion for sanctions and the second request extension regarding the motion to dismiss. The reason for this request is that counsel for Plaintiff, Larry Klayman, has an extremely heavy litigation schedule during this time period, and has been travelling across the country attending to various client matters. As this matter is still in the motion to dismiss stage, this requested extension will prejudice neither party nor the Court. Furthermore, this will allow for Plaintiff to respond to the motions in simultaneously for the sake of judicial economy.

Plaintiff has asked counsel for Defendants for consent. Counsel for Defendants Huffington Post and Robillard agreed to 10-day extension on the motion for sanctions on the condition that they be allowed under March 16, 2020 to file any reply. They have not responded as of yet regarding the extension on the motions to dismiss. Plaintiff will so inform the Court when and if they do.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time.

DATED: February 14, 2020                                  Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
Klayman Law Group P.A.
2020 Pennsylvania Ave NW Suite 345
Washington, DC, 20006
Email: leklayman@gmail.com
Tel: 561-558-5336
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, February 14, 2020 a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

                                            */s/ Larry Klayman*
                                            Larry Klayman

#### IN THE UNITED STATES DISTRICT COURT
#### DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MICHAEL ARPAIO<br><br>        Plaintiff,<br>v.<br><br>KEVIN ROBILLARD et al<br><br>        Defendants. | Case No.: 1:19-cv-03366-APM |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that Plaintiff's motion is granted. Plaintiff shall file a response to Defendant Robillard and Huffington Post's motion to dismiss and motion for sanctions by February 24, 2020 and any reply thereto would be due on March 16, 2020.

Date: _____        _____
                                                                  Hon. Royce Lamberth