IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH MICHAEL ARPAIO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:19-cv-03366-RCL |
| KEVIN ROBILLARD | * | |
| and | * | |
| HUFFINGTON POST | * | |
| and | * | |
| TESSA STUART | * | |
| and | * | |
| ROLLING STONE | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS THEHUFFINGTONPOST.COM, INC. AND KEVIN ROBILLARD'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard (the "HuffPost Defendants") provide the following response to Plaintiff's Motion for Extension of Time to Respond to the HuffPost Defendants' Motion to Dismiss (ECF No. 25) ("Extension Motion"). Specifically, the HuffPost Defendants respond to Plaintiff's statement in the Extension Motion that the HuffPost Defendants "have not responded as of yet regarding the extension of the motions to dismiss." (ECF No. 25, p. 1).

Plaintiff's Opposition to the HuffPost Defendants' Motion to Dismiss was due on February 14, 2020, per Plaintiff's prior extension request, which this Court granted on January 30, 2020. (ECF No. 23). At 1:30 p.m. EST on February 14, 2020, Plaintiff's counsel requested

1

an additional 10 days to file Plaintiff's Opposition to the HuffPost Defendants' Motion to Dismiss. Within a couple of hours, and before the HuffPost Defendants' counsel could secure their clients' consent, Plaintiff filed the Extension Motion.

Plaintiff did not file his Opposition to the HuffPost Defendants' Motion to Dismiss on February 14, 2020, as ordered by the Court. The HuffPost Defendants will defer to the Court regarding whether to allow Plaintiff a second extension to file his Opposition to the HuffPost Defendants' Motion to Dismiss after already missing the deadline to file his Opposition brief. To the extent the Court is inclined to allow Plaintiff additional time to file his Opposition, the HuffPost Defendants request that they be allowed the same 14 days from the Opposition filing date to file the HuffPost Defendants' Reply brief.

DATED:  February 17, 2020

Respectfully submitted,

/s/ Jean-Paul Jassy
Jean-Paul Jassy (Admitted *Pro Hac Vice*)
William T. Um (Admitted *Pro Hac Vice*)
Elizabeth H. Baldridge (Admitted *Pro Hac Vice*)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, a copy of the foregoing Response to Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Larry E. Klayman
**FREEDOM WATCH, INC.**
202 Pennsylvania Avenue, NW
Suite 345
Washington, DC 20006
Telephone: (561) 558-5336
leklayman@gmail.com

*Attorneys for Plaintiff Joseph Michael Arpaio*

Alison Schary
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara
Rachel F. Strom
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants*
*Tessa Stuart & Rolling Stone*

/s/ Elizabeth Baldridge
Elizabeth Baldridge
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
ebaldridge@jassyvick.com

*Attorneys for Defendants*
*TheHuffingtonPost.com, Inc. and Kevin Robillard*