# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * * *
JOSEPH MICHAEL ARPAIO,          )
              Plaintiff,        )  Civil Action
vs.                             )  No. 18-2894
                                )
JEFF ZUCKER, et al.,            )  July 25, 2019
                                )
              Defendants.       )  10:36 a.m.
                                )  Washington, D.C.
                                )
 * * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF MOTION HEARING**
**BEFORE THE HONORABLE ROYCE C. LAMBERTH,**
**UNITED STATES DISTRICT COURT SENIOR JUDGE**

**APPEARANCES:**

**FOR THE PLAINTIFF**:         LARRY E. KLAYMAN
                               2020 Pennsylvania Avenue, NW
                               Suite 800
                               Washington, DC 20006
                               (310) 595-0800
                               Email: Leklayman@gmail.com


**FOR J. ZUCKER**,             STEPHEN J. FUZESI
**C. CUOMO and CNN**:          KEVIN TAYLOR BAINE
                               NICHOLAS G. GAMSE
                               725 12th St. NW
                               Washington, DC 20005
                               (202) 434-5010
                               Email: Sfuzesi@wc.com


**FOR K. ROBILLARD**,          JEAN-PAUL JASSY
**HUFFINGTON POST**:           JASSY VICK CAROLAN LLP
                               800 Wilshire Boulevard, Suite 800
                               Los Angeles, CA 90017
                               310-870-7048

**(APPEARANCES CONTINUED)**

1   because I don't know -- I have a lot of problems with
2   figuring out how a plaintiff ever makes factual allegations
3   about actual malice.
4           I understand how I would deal with it on summary
5   judgment.  And I understand, from the publisher's point of
6   view or the outlet's point of view how you don't want
7   discovery.  But how does a plaintiff ever get in the head of
8   someone to show intent?
9           How does a plaintiff make factual allegations
10  about actual malice that can withstand a motion to dismiss?
11  I don't know how the Court can fashion a way that plaintiff
12  can ever win a case like this with a public official.
13          MR. FUZESI:  Your Honor, I would say that it is --
14  it is a daunting challenge; and I think that that is by
15  design, by design along two avenues.
16          First, the actual malice test is a stringent,
17  daunting, demanding test and, that is, by constitutional
18  design, it is intended to be very difficult for plaintiff to
19  meet in order to give the constitutional breathing space to
20  reporters to report on issues of public concern involving
21  public officials, public figures.  So I think it's -- in
22  some way, it's no surprise that a plaintiff would have a
23  hard time radically pleading actual malice --
24          THE COURT:  Right.
25          MR. FUZESI:  -- because that's the point, it's