**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPH MICHAEL ARPAIO,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KEVIN ROBILLARD,**<br><br>and<br><br>**HUFFINGTON POST,**<br><br>and<br><br>**TESSA STUART,**<br><br>and<br><br>**ROLLING STONE,**<br><br>    **Defendants.** | **ORAL ARGUMENT REQUESTED**<br><br>Civil Action No. 1:19-cv-03366- RCL |

**SUPPLEMENT OF NEW CASE AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEENDANT HUFFINGTON POST'S AND DEFENDANT ROLLING STONE'S MOTIONS TO DISMISS**

Plaintiff Joseph Michael Arpaio ("Plaintiff Arpaio") hereby respectfully submits this supplement to the record in support of his oppositions to Defendant Huffington Post's and Defendant Rolling Stone's motions to dismiss and sets forth as follows:

Today, February 27, 2020, the U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit") ruled that Plaintiff Arpaio was never convicted of any misdemeanor, felony or crime. It held:

> **Although President Trump pardoned Arpaio for his 'conviction' for criminal contempt, Arpaio was never technically 'convicted' of anything**. Colloquially, we use the term 'convicted' to describe when an individual has been found of a crime. See, e.g. Richard Perez-Pena, Former Arizona Sheriff Joe Arpaio is Convicted of Criminal Contempt, N.Y. Times (July 31, 2017); Colin Dwyer, Ex-Sheriff Joe Arpaio Convicted of Criminal Contempt, NPR (July 31, 2017).

> Legally, though, using the term in this way is imprecise because there is a technical difference between a 'conviction' and a 'judgment of conviction.' Arpaio suffered a 'conviction,' but not a 'judgment of conviction,' which does not occur until sentence is imposed. See United States v. Smith, 623 F.2d 627, 630 (9th Cir. 1980).

*See* Exhibit 1, pg. 6 fn. 1 (emphasis added). As such, this ruling further supports the denial of Defendants' motions to dismiss.

Dated: February 27, 2020                                   Respectfully submitted,

                                                                                                        */s/ Larry Klayman*
                                                                                                        Larry Klayman, Esq.
                                                                                                        D.C. Bar No. 334581
                                                                                                        Chairman and General Counsel
                                                                                                        FREEDOM WATCH, INC.
                                                                                                        2020 Pennsylvania Ave. N.W.
                                                                                  Suite 345
                                                                                  Washington, DC 20006
                                                                                  Tel: (561) 558-5336
                                                                                  Email: leklayman@gmail.com

                                                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February 2020, a true and copy of the foregoing was filed and served by electronic filing upon counsel listed on the Notice of Electronic Filing:

Alison Schary
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara
Rachel F. Strom
DAVIS WRIGHT TREMAINE, LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants Tessa Stuart & Rolling Stone*

Elizabeth Baldridge
JASSY VICK CAROLAN, LLP
800 Wilshire Boulevard
Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
ebaldridge@jassyvick.com

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard*

                                               */s/ Larry Klayman*
                                               Larry Klayman