IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH MICHAEL ARPAIO

    Plaintiff,

v.

KEVIN ROBILLARD et al

    Defendants.

Case No.: 1:19-cv-03366-APM

[~~PROPOSED~~] ORDER [25]

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that Plaintiff's motion is granted, *nunc pro tunc.* Plaintiff shall file a response to Defendant Robillard and Huffington Post's motion to dismiss and motion for sanctions by February 24, 2020 and any reply thereto would be due on March 16, 2020.

Date: 3/17/2020

_____
Hon. Royce Lamberth