**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

JOSEPH MICHAEL ARPAIO

     Plaintiff,

v.

KEVIN ROBILLARD et al

    Defendants.

Case No.: 1:19-cv-03366-APM

## NOTICE OF NEW CASE AUTHORITY

  Plaintiff Joseph Arpaio ("Plaintiff") hereby informs the Court of the U.S. District Court for the Southern District of Virginia's order of March 31, 2020 in the matter of *Blankenship v. Napolitano at al*, 2:19-cv-00236, which held that the Plaintiff had stated a viable claim for defamation where he was falsely referred to as a "felon," when in fact he was only convicted of a misdemeanor. These facts align squarely with the facts at issue here. An article from the Hollywood Reporter, along with the Honorable John T. Copenhaver, Jr.'s opinion is attached hereto as Exhibit 1.

DATED: April 2, 2020      Respectfully submitted,


            /s/ Larry Klayman
            Larry Klayman, Esq.
            Klayman Law Group P.A.
            2020 Pennsylvania Ave NW Suite 345
            Washington, DC, 20006
            Email: leklayman@gmail.com
            Tel: 561-558-5338
            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Larry Klayman, counsel for Plaintiffs hereby certify that on this day, April 2, 2020 a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

/s/ Larry Klayman
Larry Klayman
