**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH MICHAEL ARPAIO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:19-cv-03366-RCL |
| KEVIN ROBILLARD | * | |
| and | * | |
| HUFFINGTON POST | * | |
| and | * | |
| TESSA STUART | * | |
| and | * | |
| ROLLING STONE | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**DEFENDANTS THEHUFFINGTONPOST.COM, INC. AND KEVIN ROBILLARD'S**
**RESPONSE TO PLAINTIFF'S NOTICE OF NEW CASE AUTHORITY**

Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard (the "HuffPost Defendants") provide the following response to Plaintiff's Notice of New Case Authority (ECF No. 35) ("Notice"). The order in *Blankenship v. Napolitano, et al.*, No. 2:19-cv-00236 (S.D. W. Va. Mar. 31, 2020), has no bearing on the HuffPost Defendants' pending Motion to Dismiss or Motion for Sanctions because Plaintiff's Complaint does not allege that the HuffPost Defendants called him a felon. *See* Compl. ¶¶ 23-26. Moreover, the order in *Blankenship* is not relevant to the HuffPost Defendants' primary arguments regarding *res judicata* or issue preclusion, nor can it affect any of the other arguments raised by the HuffPost Defendants.

DATED: April 2, 2020

Respectfully submitted,

/s/ Jean-Paul Jassy

Jean-Paul Jassy (Admitted *Pro Hac Vice*)
William T. Um (Admitted *Pro Hac Vice*)
Elizabeth H. Baldridge (Admitted *Pro Hac Vice*)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Kevin Robillard*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, a copy of the foregoing Response to Plaintiff's Notice of New Case Authority was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Larry E. Klayman
**FREEDOM WATCH, INC.**
202 Pennsylvania Avenue, NW
Suite 345
Washington, DC 20006
Telephone: (561) 558-5336
leklayman@gmail.com

*Attorneys for Plaintiff Joseph Michael Arpaio*

Alison Schary
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 973-4248
Facsimile: (202) 973-4499
alisonschary@dwt.com

Elizabeth A. McNamara
Rachel F. Strom
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-8230

*Attorneys for Defendants*
*Tessa Stuart & Rolling Stone*

/s/ Elizabeth Baldridge
Elizabeth Baldridge
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
ebaldridge@jassyvick.com

*Attorneys for Defendants*
*TheHuffingtonPost.com, Inc. and Kevin Robillard*