UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MICHAEL ARPAIO,  )<br>                                                       )<br>         Plaintiff,                        )<br>                                                       )<br>    v.                                              )     Civil Case No. 19-3366<br>                                                       )<br>KEVIN ROBILLARD, *et al.*,    )<br>                                                       )<br>         Defendants.                  )<br>                                                       ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court **GRANTS** defendants' motions [5, 12, 13] to dismiss pursuant to Rule 12(b)(6), dismissing this case with prejudice. The Court further **DENIES** the HuffPost defendants' motion [24] for sanctions. Finally, the Court **DENIES** the HuffPost defendants' motion [6] to take judicial notice as moot. This case now stands **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

Date:   April 29, 2020                                    _____/s/_____
                                                                              Royce C. Lamberth
                                                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH MICHAEL ARPAIO,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEVIN ROBILLARD, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Case No. 19-3366 |

## JUDGMENT

The Court enters judgment for the defendants, dismissing this case with prejudice.

Date: April 29, 2020

_____/s/_____
Royce C. Lamberth
United States District Judge