```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * * *
JOSEPH MICHAEL ARPAIO,          )
          Plaintiff,            )  Civil Action
vs.                             )  No. 18-2894
                                )
JEFF ZUCKER, et al.,            )  July 25, 2019
                                )
          Defendants.           )  10:36 a.m.
                                )  Washington, D.C.
                                )
 * * * * * * * * * * * * * * * *
```

## TRANSCRIPT OF MOTION HEARING
## BEFORE THE HONORABLE ROYCE C. LAMBERTH,
## UNITED STATES DISTRICT COURT SENIOR JUDGE

**APPEARANCES:**

**FOR THE PLAINTIFF**:            LARRY E. KLAYMAN
                                  2020 Pennsylvania Avenue, NW
                                  Suite 800
                                  Washington, DC 20006
                                  (310) 595-0800
                                  Email: Leklayman@gmail.com


**FOR J. ZUCKER**,                STEPHEN J. FUZESI
**C. CUOMO and CNN:**             KEVIN TAYLOR BAINE
                                  NICHOLAS G. GAMSE
                                  725 12th St. NW
                                  Washington, DC 20005
                                  (202) 434-5010
                                  Email: Sfuzesi@wc.com


**FOR K. ROBILLARD**,             JEAN-PAUL JASSY
**HUFFINGTON POST:**              JASSY VICK CAROLAN LLP
                                  800 Wilshire Boulevard, Suite 800
                                  Los Angeles, CA 90017
                                  310-870-7048


                      **(APPEARANCES CONTINUED)**

**APPEARANCES (continued)**:

                              -AND-

                        LAURA FRAHER
                        SHAIRPO, LIFSCHITZ & SCHRAM, PC
                        1742 N Street, NW
                        Washington, DC 20036-2912
                        (202) 689-1900
                        Email: Fraher@slslaw.com

**FOR ROLLING STONE,**  ALISON SCHARY
**TESSA STUART:**       Davis Wright Tremaine LLP
                       1919 Pennsylvania Avenue, N.W.
                       Suite 800
                       Washington, DC 20006
                       (202) 973-4248
                       Email: Alisonschary@dwt.com

Court Reporter:      Elizabeth Saint-Loth, RPR, FCRR
                      Official Court Reporter
                      Washington, D.C.  20001

        Proceedings reported by machine shorthand,
   transcript produced by computer-aided transcription.

1      MR. KLAYMAN:  Your Honor, we did cite cases with
2 regard to both actual malice and constitutional malice.  And
3 you can -- there is an inference there is a presumption that
4 can be raised from the constitutional malice as well as I
5 was saying with the Judicial Watch case, where we went to a
6 jury.  We did discovery before that.  Without discovery, we
7 wouldn't have seen internally what was going on.
8      So what's important here is that we have a full
9 recitation.  I mean, if they win at the end, which I firmly
10 believe they won't, then at least we have been able to get
11 to the bottom of it.  It's no secret here that CNN hates the
12 guts of my client, hates me, and hates the president --
13 hates conservatives in general.  I know that -- I am not
14 saying that to influence you, it's just a fact.  Turn the TV
15 on every day.
16      So, consequently, it is relevant.  It is a factor
17 to consider actual malice.  In this case, on the facts, he
18 clearly is not a felon.  They had reason to know he is not a
19 felon.  They had reason to know he didn't go to prison.
20 They had reason to know what else we allege.  We have said
21 that specifically in the complaint.  But if Your Honor does
22 not feel it is specific enough, I will move to amend it with
23 your leave in that regard.
24      But I do take umbrage at CNN getting up here and
25 saying that it isn't in the complaint in terms of leaving