# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH MICHAEL ARPAIO,**         )<br>                                                        )<br>              **Plaintiff,**                       )<br>                                                        )<br>       **v.**                                        )<br>                                                        )<br> **KEVIN ROBILLARD,** *et al.***,**       )<br>                                                        )<br>              **Defendants.**                 )<br>                                                        ) | Civil Case No. 19-3366 |

## ORDER

Upon consideration of plaintiff's motion [39] for reconsideration, the motion is **DENIED**.

It is **SO ORDERED**.


Date:   April 30, 2019                                         /s/
                                                                    Royce C. Lamberth
                                                                    United States District Judge